UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| eHealthinsurance Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Healthpilot Technologies LLC, David Francis, Harpal Harika, Eric Howell, Seth Teich, Guangnian Zhang, David Nicklaus and Himanshu Rastogi,<br><br>Defendants. | Case No.  21-cv-4061-YGR<br><br>**Order Directing Deposit of Bond into Registry**<br><br>(Dkt. No. 60) |

Pursuant to the Order dated July 20, 2021 (Dkt. No. 60), the Court ordered eHealthinsurance Services, Inc. to post a bond in the amount of **$10,000.00** with the Clerk of Court within three (3) days of the issuance of that Order.  Upon receipt, the Clerk shall deposit the funds into the Court's registry.

**It Is So Ordered.**

Dated: July 22, 2021

_____
Yvonne Gonzalez Rogers
United States District Court Judge

cc: Financial Unit